IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Criminal No. JFM-03-0189 |
| | * Civil No. JFM-14-860 |
| | * |
| LENDRO M. THOMAS | * |

\*\*\*\*\*\*

MEMORANDUM AND ORDER

Lendro M. Thomas has filed a request for leave pursuant to 18 U.S.C. §3582(c).

This court departed substantially from the Sentencing Guidelines in imposing the sentence it did upon Thomas. The court believes that the sentence was correct. Accordingly, it is, this 15th day of September 2015

ORDERED that petitioner's request for relief (document 158) is denied.

J. Frederick Motz
United States District Judge